Terrill **ABERNATHY**, Appellant,

v.

**DIVISION OF EMPLOYMENT SECURITY**, Respondent,

and

**Children's Mercy Hospital, Defendant.**

**No. WD 66776.**

Missouri Court of Appeals,
Western District.

March 6, 2007.

Samuel I. McHenry, Kansas City, for Appellant.

Ninion S. Riley, Jefferson City, for Respondent.

Before VICTOR C. HOWARD, Chief Judge, ROBERT G. ULRICH, Judge, and PAUL M. SPINDEN, Judge.

**ORDER**

Terrill Abernathy appeals the Labor and Industrial Relations Commission's decision that he voluntarily quit his job and was not

eligible for unemployment compensation. We affirm. Rule 84.16(b).